NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
MORRISON & FOERSTER
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
Telephone: (213) 892-5561
Facsimile: (213) 892-5454

Martin A. Foos
(*Pro Hac Vice*)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3729
Telecopier: (937) 227-3717
Email: mfoos@ficlaw.com

Attorneys for Defendant
LexisNexis Risk Data Retrieval Services LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CUEBAS,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants. | CASE NO. 8:14-CV-00661-DMG-AJWx<br><br>**DEFENDANT LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Served: May 5, 2014<br>Current Response Date: June 25, 2014<br>Before: Hon. Dolly M. Gee<br><br><u>JURY TRIAL DEMANDED</u> |

Defendant LexisNexis Risk Data Retrieval Services LLC ("LNRDRS") answers the Complaint of Plaintiff Robert Cuebas ("Plaintiff"). LNRDRS denies all allegations in Plaintiff's Complaint that it does not explicitly

DEFENDANT LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT

admit.  LNRDRS does not purport to answer on behalf of Experian Information Solutions, Inc. ("Experian"), and answers only on its own behalf as follows:

## PRELIMINARY STATEMENT

1. LNRDRS admits that Plaintiff purports to bring this case under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.  LNRDRS denies the remaining allegations in paragraph 1 of Plaintiff's Complaint.

## JURISDICTION AND VENUE

2. LNRDRS acknowledges that this Court has subject matter jurisdiction over actions arising under the FCRA.  LNRDRS denies the remaining allegations in paragraph 2 of Plaintiff's Complaint.

3. LNRDRS denies the allegations in paragraph 3 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters alleged.

## PARTIES

4-5. LNRDRS denies the allegations in paragraphs 4 and 5 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters alleged.

6. LNRDRS admits that it is a limited liability company that does business in the Central District of California and has a principal place of business at 1000 Alderman Drive, Alpharetta, GA 30005.  LNRDRS denies the remaining allegations in paragraph 6 of Plaintiff's Complaint.

## FACTUAL ALLEGATIONS

7. LNRDRS denies the allegations in paragraph 7 of Plaintiff's Complaint.

DEFENDANT LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT

8-11. LNRDRS denies the allegations in paragraphs 8 through 11 of Plaintiff's Complaint because they fail to state any specific allegations against LNRDRS. To the extent that further response is required, LNRDRS denies the allegations of paragraph 8 through 11 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters alleged.

12-13. LNRDRS denies the allegations in paragraphs 12 and 13 of Plaintiff's Complaint.

14-17. LNRDRS denies the allegations in paragraphs 14 through 17 of Plaintiff's Complaint because they fail to state any specific factual allegations against LNRDRS. To the extent that further response is required, LNRDRS denies the allegations of paragraphs 14 through 17 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters alleged.

18-19. LNRDRS denies the allegations in paragraphs 18 and 19 of Plaintiff's Complaint.

20. LNRDRS denies the allegations of paragraph 20 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters alleged.

21. LNRDRS denies the allegations of paragraph 21 of Plaintiff's complaint because they fail to state any specific factual allegations against LNRDRS. To the extent that further response is required, LNRDRS denies the allegations of paragraph 21 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters alleged.

22-24. LNRDRS denies the allegations in paragraphs 22 through 24 of Plaintiff's Complaint.

DEFENDANT LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT

**FIRST CLAIM FOR RELIEF AGAINST EXPERIAN**

25. LNRDRS incorporates its responses and denials to paragraphs 1-24 of Plaintiff's Complaint as if fully restated

26-30. No answer is necessary to paragraphs 26 through 30 of Plaintiff's Complaint because the allegations are directed at Experian and fail to state any allegations against LNRDRS. To the extent that further response is required, LNRDRS denies the allegations of paragraphs 26 through 30 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters alleged.

**SECOND CLAIM FOR RELIEF AGAINST LNRDRS**

31. LNRDRS incorporates its responses and denials to paragraphs 1-30 of Plaintiff's Complaint as if fully restated.

32. LNRDRS denies the allegations in paragraph 32 of Plaintiff's Complaint.

33. LNRDRS denies the allegations in paragraph 33 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters alleged.

34-36. LNRDRS denies the allegations in paragraphs 34 through 36 of Plaintiff's Complaint.

**JURY TRIAL DEMAND**

37. LNRDRS acknowledges that Plaintiff demands a trial by jury, and to the extent further response is required, LNRDRS denies paragraph 37 of Plaintiff's Complaint.

LNRDRS denies all the remaining allegations in the Complaint to the extent not expressly admitted above, and otherwise denies that it is liable to Plaintiff for any of the requests for relief set forth in the WHEREFORE clause of Plaintiff's Complaint.

DEFENDANT LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT

## ADDITIONAL DEFENSES

Without admitting any of the allegations in Plaintiff's Complaint, and without admitting or acknowledging that LNRDRS bears the burden of proof as to any of them, LNRDRS asserts the following additional defenses. LNRDRS intends to rely on any other defenses that become available or apparent during pretrial proceedings and discovery in this action and reserves the right to assert all such defenses, including but not limited to those listed in Federal Rule of Civil Procedure 8(c).

## FIRST ADDITIONAL DEFENSE

Plaintiff's Complaint fails to state a claim on which the Court may grant relief.

## SECOND ADDITIONAL DEFENSE

Plaintiff's Complaint fails to the extent that Plaintiff lacks standing or has not taken action necessary to recover under the FCRA.

## THIRD ADDITIONAL DEFENSE

Any recovery Plaintiff receives is subject to a set off if any damages are awarded against LNRDRS, in the amount of any damages or settlement amounts recovered by Plaintiff with respect to the same alleged damages. LNRDRS is also entitled to have any damages that may be awarded to Plaintiff reduced by the value of any benefit or payment to Plaintiff from any collateral source.

## FOURTH ADDITIONAL DEFENSE

Plaintiff's alleged damages, if any, are the result of the acts, errors, and omissions of third parties not controlled by LNRDRS, and those third parties were the sole cause of any such damages.

## FIFTH ADDITIONAL DEFENSE

Plaintiff's alleged damages, if any, are speculative or uncertain and therefore not compensable.

## SIXTH ADDITIONAL DEFENSE

Plaintiff's claims are barred, in whole or in part, by lack of injury or damages, whether actual, presumed, or otherwise.

## SEVENTH ADDITIONAL DEFENSE

Plaintiff's alleged damages, if any, are the result of Plaintiff's own acts, errors, and omissions, which were the sole cause of any such damages.

## EIGHTH ADDITIONAL DEFENSE

Plaintiff failed to take reasonable steps to prevent damages, if any, and failed to mitigate any such alleged damages.

## NINTH ADDITIONAL DEFENSE

Plaintiff's claims are barred to the extent they fall outside the applicable statute of limitations.

## TENTH ADDITIONAL DEFENSE

Plaintiff's claims are brought in an improper or inconvenient venue and should be dismissed or transferred pursuant to 28 U.S.C. § 1404, the doctrine of forum non conveniens, or similar doctrine.

WHEREFORE, LNRDRS requests this Court to enter a judgment:

1. denying Plaintiff any and all relief in this case;
2. dismissing Plaintiff's claims in their entirety;
3. dismissing this case with prejudice;
4. awarding LNRDRS its costs and attorneys' fees incurred in this case; and
5. granting LNRDRS all other remedies that it deems just and proper.

DEFENDANT LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT

Dated: June 25, 2014

Respectfully submitted,

By: /s/ Martin A. Foos
     Martin A. Foos

FARUKI IRELAND & COX P.L.L.

Attorneys for Defendant
LexisNexis Risk Data Retrieval
Services LLC

842899.2

DEFENDANT LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT