1  Ann T. Rossum (State Bar No. 281236)
   atrossum@jonesday.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA  92612.4408
4  Telephone:  +1.949.851.3939
   Facsimile:   +1.949.553.7539
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS,
   INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | ROBERT CUEBAS, | Case No. 8:14-CV-00661-DMG-AJW |
13 | Plaintiff, | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
14 | v. | |
15 | EXPERIAN INFORMATION SOLUTIONS, INC. and LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC, | |
16 | | |
17 | | |
18 | Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    For good cause shown, IT IS HEREBY ORDERED that the Stipulated Protective Order entered by and between Plaintiff Robert Cuebas ("Plaintiff"), Defendant Experian Information Solutions, Inc. ("Experian"), and Defendant LexisNexis Risk Data Retrieval Services LLC is GRANTED.

**IT IS SO ORDERED.**

Dated: February 03, 2015

_____
Magistrate Judge Andrew Wistrich