| | |
|---|---|
| 1 | Ann T. Rossum (State Bar No. 281236) |
| 2 | atrossum@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive<br>Suite 800 |
| 4 | Irvine, CA  92612.4408<br>Telephone:  +1.949.851.3939 |
| 5 | Facsimile:   +1.949.553.7539 |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT CUEBAS, | | Case No. 8:14-CV-00661-DMG-AJW |
| | Plaintiff, | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | | |
| EXPERIAN INFORMATION SOLUTIONS, INC. and LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC, | | |
| | Defendants. | |

1  PLEASE TAKE NOTE THAT Plaintiff Robert Cuebas and Defendant
2 Experian Information Solutions, Inc. ("Experian") have reached an agreement on
3 all material terms required to settle all of Plaintiff's claims against Experian
4 pending in this action.
5  The parties anticipate that the performance of the terms of the settlement
6 agreement will be completed within ninety (90) days of the date of this notice, at
7 which time the parties shall file a Stipulation for Dismissal of the claims asserted
8 against Experian.

9 Dated: February 10, 2015   JONES DAY

11                             By: */s/ Ann T. Rossum*
12                                  Ann T. Rossum

13                             Attorneys for Defendant
                               EXPERIAN INFORMATION
14                             SOLUTIONS, INC.

15 Dated: February 10, 2015   FRANCIS & MAILMAN, P.C.

17                             By: */s/ Gregory Gorski*
                                    Gregory Gorski
18
                               Attorneys for Plaintiff
19                             ROBERT CUEBAS

20 IRI-360071393v1