| | |
|---|---|
| Gregory Gorski (*pro hac vice*) | Martin A. Foos (*pro hac vice*) |
| ggorski@consumerlawfirm.com | FARUKI IRELAND AND COX PLL |
| FRANCIS & MAILMAN, P.C. | 500 Courthouse Plaza SW |
| Land Title Building, 19th Floor | Dayton, OH 45402 |
| 100 South Broad Street | Telephone:  (937) 227-3729 |
| Philadelphia, PA  19110 | Facsimile:   (937) 227-3717 |
| Telephone:  (215) 735-8600 | |
| Facsimile:   (215) 940-8000 | *Attorney for Defendant* |
| | *LexisNexis Risk Data Retrieval* |
| *Attorney for Plaintiff* | *Services LLC* |
| *Robert Cuebas* | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ROBERT CUEBAS<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | **Case No. SACV 14-0661 DMG-AJW**<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC** |

   PLEASE TAKE NOTICE THAT Plaintiff Robert Cuebas and Defendant LexisNexis Risk Data Retrieval Services LLC have reached an agreement on all material terms required to settle all of Plaintiff's claims against the Defendant pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within one hundred and twenty (120) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against the Defendant.

| FRANCIS & MAILMAN, P.C. | FARUKI IRELAND AND COX PLL |
|---|---|
| /s/ Gregory Gorski<br>Gregory Gorski (*pro hac vice*)<br>ggorski@consumerlawfirm.com<br>Land Title Building, 19th Floor<br>100 South Broad Street<br>Philadelphia, PA  19110<br>Telephone: (215) 735-8600<br>Facsimile: (215) 940-8000<br><br>Attorneys for Plaintiff | /s/Martin A. Foos<br>Martin A. Foos<br>500 Courthouse Plaza SW<br>Dayton, OH 45402<br>Telephone:  (937) 227-3729<br>Facsimile:    (937) 227-3717<br><br>Attorney for Defendant<br>LexisNexis Risk Data Retrieval Services LLC |

Dated: February 16, 2015