| | |
|---|---|
| 1 | Ann T. Rossum (State Bar No. 281236) |
| 2 | atrossum@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive<br>Suite 800 |
| 4 | Irvine, CA  92612.4408<br>Telephone:  +1.949.851.3939 |
| 5 | Facsimile:   +1.949.553.7539 |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT CUEBAS,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC,<br><br>        Defendants. | Case No. 8:14-CV-00661-DMG-AJW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

STIPULATION FOR DISMISSAL WITH PREJUDICE
8:14-CV-00661-DMG-AJW

IT IS HEREBY STIPULATED by and between Plaintiff Robert Cuebas ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction to enforce the terms of the settlement. Each side shall bear his or its own attorneys' fees and costs incurred herein.

Dated:   March 31, 2015

JONES DAY

By: */s/ Ann T. Rossum*
   Ann T. Rossum

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated:   March 31, 2015

FRANCIS & MAILMAN, P.C.

By: */s/ Gregory Gorski*
   Gregory Gorski

Attorneys for Plaintiff
ROBERT CUEBAS

IRI-360072870v1